THE RAMEAU LAW FIRM

16 Court Street, Suite 2504

Brooklyn, NY 11241

AMY RAMEAU, ESQ.*                                              *Admitted in New York, New Jersey,
                                                       Eastern and Southern Districts of New York


                                                                    +Admitted in New York,
JOSEPH RUSSO, ESQ.+                                            Eastern District of New York


June 12, 2018

**<u>VIA ECF</u>**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

        **Re: <u>Ashine McRae v. City of New York, et al.,</u>
        17 CV 3103 (LGS)**

Your Honor:

     I represent the plaintiff in this matter. In response to the pre-motion letter, I write to inform the Court that the plaintiff has accepted the defendant's offer subject to a carve out. I informed defense counsel of plaintiff's acceptance of the offer and will contact him to finalize the settlement.

Sincerely,

*Amy Rameau*
Amy Rameau

cc: Zachary Bergman, Esq.
Tel: (718) 852-4759
    (718) 875-1173
Fax: (718) 875-5440

therameaulawfirm.com